OFFICE OF THE CLERK

**MARCIA M. WALDRON**        **UNITED STATES COURT OF APPEALS**        TELEPHONE

CLERK                    FOR THE THIRD CIRCUIT                215-597-2995

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

February 21, 2007

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:  Donald F. Bass v. Warden Thomas L. Carroll
D. Del. No. 1:06-cv-00758-JJF

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was dated February 13, 2007 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By:  /s/ Gayle Burr
Gayle Burr
Legal Assistant

Enclosure
cc:  Mr. Donald F. Bass (w/out enclosure)

United States Court Of Appeals
For The Third Circut

Donald F. Bass,
                Petitioner,

V.



Thomas Carroll, Warden,
and Attorney General of the
State of Delaware,
                Respondents,

Civil Action No. 06-758-JJF

## Notice of Appeal

Comes Now, Donald F. Bass, Petitioner and move this honorable court to take notice the Petitioner will be filing an Appeal of the order Dated January 18, 2007, Dismissing the habeas corpus filed pursuant to 28 U.S.C. § 2254.

Petitioner respectful request this court to take this notice of Appeal as a desperate remedy to halt these Appeal procedures for this Appeal into the following:

1.) The Petitioner can check with the clerk of the court of Appeals before proceeding in order to obtain court rules and procedures for this process.

2.) To request issuance of a Certificate of Appealability

For the reasons presented herein the Petitioner respectfully requests this Honorable court to take Notice of Appeal and grant Petitioner request.

Dated: 2-13-07

#S.B.I. 187042, Don. T. Bass
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



SBI# 187642 _____ UNIT MHU-23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
21400 United States Courthouse
601 Market Street
Philadelphia, PA
19106-1790

19106+1729-99 C019