United States Court Of Appeals
For The Third Circut

Donald F. Bass,
    Petitioner,

V.

Thomas Carroll, Warden,
and Attorney General of the
State of Delaware,
    Respondents,

Civil Action No. 06-758-JJF

## Notice of Appeal

Comes Now, Donald F. Bass, Petitioner and move this honorable Court to take notice the Petitioner will be filing an Appeal of the order Dated January 18, 2007, Dismissing the habeas corpus filed pursuant to 28 U.S.C. § 2254.

Petitioner respectful request this Court to take this notice of Appeal as a desperate remedy to halt these Appeal procedures for this Appeal into the following:

1.) The Petitioner can check with the clerk of the court of Appeals before proceeding in order to obtain court rules and procedures for this process.

2.) To request issuance of a Certificate of Appealability

For the reasons presented herein the Petitioner respectfully requests this Honorable court to take Notice of Appeal and grant Petitioner request.

Dated: 2-13-07

#S.B.I. 187042, Don J. Bass
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

I/M Mr. Donald

SBI# 187642    UNIT MHU-23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
2400 United States Courthouse
601 Market Street
Philadelphia, PA
19106-1790



19106+1729-99 C019